IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Neal, Terrance T | Case Number:  08 B 22755 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/06/09 | Filed:  8/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 300.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 280.20 |
| Trustee Fee: | | 19.80 |
| Other Funds: | | 0.00 |
| Totals: | 300.00 | 300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 280.20 |
| 2. | RJM Acquisitions LLC | Unsecured | 10.55 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 109.00 | 0.00 |
| 4. | GMAC Auto Financing | Unsecured | 773.17 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 166.28 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 33.62 | 0.00 |
| 7. | Receivables Management Inc | Unsecured | 25.00 | 0.00 |
| 8. | Unisa Inc | Unsecured | 68.58 | 0.00 |
| 9. | Victoria Dockery | Priority | | No Claim Filed |
| 10. | State of Illinois | Priority | | No Claim Filed |
| 11. | Victoria Dockery | Unsecured | | No Claim Filed |
| 12. | Keynote Consuling | Unsecured | | No Claim Filed |
| 13. | Superior Mortgage | Unsecured | | No Claim Filed |
| 14. | Account Recovery Service | Unsecured | | No Claim Filed |
| 15. | AFNI | Unsecured | | No Claim Filed |
| | | | $ 4,660.20 | $ 280.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 19.80 |
| | $ 19.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Neal, Terrance T

Printed: 01/06/09

Case Number:  08 B 22755
Judge:  Wedoff, Eugene R
Filed:  8/28/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

